

1  LAWRENCE G. BROWN
   United States Attorney
2  IAN L. GARRIQUES
   SUSAN PHAN
3  Assistant U.S. Attorneys
   Suite 4401, Federal Courthouse
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) NO. 1:09 MJ 00258 DLB
                                )
12         Plaintiff,           ) APPLICATION AND ORDER
                                ) SEALING COMPLAINT
13    v.                        )
                                )
14 JOSE MANUEL GUARDADO         )
                                )
15         Defendant.           )
                                )
16
                       APPLICATION TO SEAL
17
        The government requests that the complaint and affidavit in
18
   support of the complaint be sealed until further order of this Court
19
   to protect the integrity of the underlying investigation and to
20
   prevent the possible destruction of evidence.
21

22
   Dated: October 13, 2009              Respectfully submitted,
23
                                        LAWRENCE G. BROWN
24                                      United States Attorney

25                                  By  /s/ Ian Garriques
                                        IAN L. GARRIQUES
26                                      SUSAN PHAN
                                        Assistant U.S. Attorneys
27

28

                                    1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint be sealed until further order of this Court.

DATED: October 13, 2009

_____
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE