```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    SUSAN PHAN
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, CA 93721
 5  (559) 497-4000

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   1:09-CR-00417-OWW
                                 )
12            Plaintiff,         )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13       v.                      )
                                 )
14  JOSE MANUEL GUARDADO,        )
         aka Manuel Guardado     )
15                               )
              Defendant.         )
16  _____ )

17       Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant Jose Manuel Guardado, aka

19  Manuel Guardado it is hereby

20       ORDERED, ADJUDGED AND DECREED as follows:

21       1.   Pursuant to 18 U.S.C. §§§ 982(a)(2)(B), 982(a)(6), and

22  1028(b), defendant Jose Manuel Guardado, aka Manuel Guardado's

23  interest in the following property shall be condemned and forfeited

24  to the United States of America, to be disposed of according to

25  law:

26            a)   One Dell Laptop Computer, serial number
                   CN06P823-48643-2AM-5705;
27
              b)   One Canon printer/scanner, serial number
28                 JPDA56083;
```

PRELIMINARY ORDER OF FORFEITURE            1

c)	One Apple iPhone, serial number FCC1DBCGA1241;

			d)	One ACC personal laminator, serial number TH05162X; and,

			e)	GBC laser paper cutter, model CL300 Pro-L, no serial number.

2.	The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. § 1028(a)(1).

3.	Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration and Customs Enforcement, in its secure custody and control.

4.	a.	Pursuant to 18 U.S.C. § 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

		b.	This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§§ 982(a)(2)(B), 982(a)(6), and 1028(b) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   January 11, 2010**           /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE