FILED
MAR 1 5 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:09-CR-00417 OWW |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE MANUEL GUARDADO, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Time Served on March 15 2010.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 3-15-10

HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1