```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    SUSAN PHAN
 3  Assistant U.S. Attorney
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, CA 93721
 5  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00417-OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MANUEL GUARDADO<br>aka Manuel Guardado, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about January 12, 2010, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 18 U.S.C. § 1028(b), based upon the plea agreement entered into between plaintiff and defendant Jose Manuel Guardado aka Manuel Guardado forfeiting to the United States the following property:

        a)    One Dell Laptop Computer,
               serial number CN06P823-48643-2AM-5705;

        b)    One Canon printer/scanner,
               serial number JPDA56083;

        c)    One Apple iPhone,
               serial number FCC1DBCGA1241;

        d)    One ACC personal laminator,
               serial number TH05162X; and,

    e) GBC laser paper cutter,
       model CL300 Pro-L, no serial number;

  AND WHEREAS, beginning on January 23, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and 18 U.S.C. § 1028(b), to be disposed of according to law, including all right, title, and interest of Jose Manuel Guardado aka Manuel Guardado.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///
///

3. The Department of Homeland Security, Immigration and Customs Enforcement shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **March 26, 2010**  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE